UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
CASSANDRA SHERESE CAREY aka          :
CASSANDRA S. CAREY aka               :    Case No. 15-13763 REF
CASSANDRA CAREY,                     :
       *Debtor*                  :    Chapter 13
                                     :

## ORDER TO SHOW CAUSE WHY MOTION SHOULD NOT BE DISMISSED

Upon the failure of the parties to file an appropriate stipulation in settlement of the Motion For Relief From Stay filed by Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Premium Mortgage Acquisition Trust *(regarding 1089 Pat Court, Allentown, PA 18103)*, on February 18, 2016, (the "Motion"),

IT IS HEREBY ORDERED that movant shall show cause why the Motion should not be dismissed, which show cause hearing shall be held as follows:

U.S. Bankruptcy Court - E.D. Pa.
Third Floor, The Madison
400 Washington Street
Reading, Pennsylvania, 19601

on:    Thursday, October 6, 2016

at:    9:30 a.m. prevailing time.

BY THE COURT

**Date: September 14, 2016**

_____
Richard E. Fehling,
United States Bankruptcy Judge