United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-13763-ref
Cassandra Sherese Carey                                                 Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4           User: Keith            Page 1 of 1            Date Rcvd: Sep 14, 2016
                               Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2016.
db             +Cassandra Sherese Carey,    1089 Pat Court,    Allentown, PA 18103-5335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2016                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2016 at the address(es) listed below:
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Bank Of America N.A. ecfmail@mwc-law.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Et Al...
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM HRONIS    on behalf of Debtor Cassandra Sherese Carey william.hronis@gmail.com,
               hronis@rcn.com
                                                                                             TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
CASSANDRA SHERESE CAREY *aka*           :
CASSANDRA S. CAREY *aka*                :    Case No. 15-13763 REF
CASSANDRA CAREY,                        :
      *Debtor*                         :    Chapter 13
                                        :

### ORDER TO SHOW CAUSE WHY MOTION SHOULD NOT BE DISMISSED

Upon the failure of the parties to file an appropriate stipulation in settlement of the Motion For Relief From Stay filed by Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Premium Mortgage Acquisition Trust *(regarding 1089 Pat Court, Allentown, PA 18103)*, on February 18, 2016, (the "Motion"),

IT IS HEREBY ORDERED that movant shall show cause why the Motion should not be dismissed, which show cause hearing shall be held as follows:

**U.S. Bankruptcy Court - E.D. Pa.**
**Third Floor, The Madison**
**400 Washington Street**
**Reading, Pennsylvania, 19601**

on:    **Thursday, October 6, 2016**

at:    **9:30 a.m. prevailing time.**

BY THE COURT

**Date: September 14, 2016**

Richard E. Fehling,
United States Bankruptcy Judge