# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Cassandra Sherese Carey aka Cassandra S. Carey aka Cassandra Carey<br><br>                    Debtor | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, its successors and/or assigns<br><br>                    Movant<br><br>     vs. | NO. 15-13763 REF |
| Cassandra Sherese Carey aka Cassandra S. Carey aka Cassandra Carey<br><br>                    Debtor | 11 U.S.C. Section 362 |
| Frederick L. Reigle Esq.<br><br>                    Trustee | |

## PRAECIPE TO WITHDRAW WITH CONCURRENCE

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Motion for Relief of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, which was filed with the Court on or about **February 18, 2016, docket entry 35**.

                                                                       Respectfully submitted,

                                                                       **/s/ Joshua I. Goldman, Esquire**
                                                                       Joshua I. Goldman, Esquire
                                                                       Attorneys for Movant/Applicant
                                                                       KML Law Group, P.C.
                                                                       Main Number: (215) 627-1322

October 5, 2016