UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In re: Cassandra Sherese Carey a/k/a Cassandra S. Carey a/k/a Cassandra Carey, Debtor(s) | Chapter 13 Bankruptcy Number 15-13763-ref |
|---|---|

CERTIFICATE OF NO RESPONSE

I, WILLIAM HRONIS, ESQUIRE, Attorney for Debtors, do hereby certify that on November 7, 2016 that I have mailed, via regular first-class mail, and postage pre-paid, or via electronic filing, a true and correct copy of the Certificate of No Response to the Notice of Hearing and Motion to Approve Loan Modification (Rushmore Loan Management Services, LLC) as it relates to the above matter to the following:

Cassandra Sherese Carey
1089 Pat Court
Allentown, PA  18103

Gerald A. Carey, Sr.
104 N. 13TH Street
Newark, NJ  07107-1108

KML Law Group, P.C.
Suite 5000-BNY Mellon Independence Center
701 Market Street
Philadelphia, PA  1910-6-1532

Rushmore Loan Management Services, LLC
15480 Laguna Canyon Road
Suite 100
Irvine, CA  92618

Ashley Funding Services, LLC its successors and
Assigns as assignee of Laboratory
Corporation of America Holdings
Resurgent Capital Services
P.O. Box 10587
Greenville, SC  18002-5222

PPL Electric Utilities
P.O. Box 25222
Lehigh Valley, PA  18002-5222

American InfoSource LP as agent for
Verizon
P.O. Box 248838
Oklahoma City, OK  73124-8838

Frederick L. Reigle, Esquire
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA  19606

US Trustee for Region III
U.S. Department of Justice
Office of the U.S. Trustee for Region III
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

Dated:  November 7, 2016

/s/William Hronis, Esquire

_____
WILLIAM HRONIS, ESQUIRE (#59550)
609 HAMILTON STREET
ALLENTOWN, PA  18101
(610) 740-1004-Phone
(610) 740-9357-Fax