United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Cassandra Sherese Carey  
       Debtor

Case No. 15-13763-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Angela    Page 1 of 1    Date Rcvd: Nov 09, 2016  
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2016.  
db          +Cassandra Sherese Carey,    1089 Pat Court,    Allentown, PA 18103-5335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2016                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2016 at the address(es) listed below:  
      CELINE P. DERKRIKORIAN    on behalf of Creditor    Bank Of America N.A. ecfmail@mwc-law.com  
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Et Al...  
       bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
      LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
       ecf_frpa@trustee13.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM HRONIS    on behalf of Debtor Cassandra Sherese Carey william.hronis@gmail.com,  
       hronis@rcn.com  
                                                              TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In re: Cassandra Sherese Carey a/k/a Cassandra S. Carey a/k/a Cassandra Carey, Debtor(s) | Chapter 13 Bankruptcy Number 15-13763-ref |
|---|---|

ORDER

AND NOW, upon consideration of the Debtor's, Cassandra Sherese Carey a/k/a Cassandra S. Carey a/k/a Cassandra Carey's Motion to Approve Loan Modification (Rushmore Loan Management Services, LLC) as well as consideration of any opposition thereto, which may have been filed, and any argument of counsel which may have been heard,

IT IS NOW ORDERED, pursuant to 11 U.S.C. §105, 506, 541, 1306 that the Debtor(s), Cassandra Sherese Carey a/k/a Cassandra S. Carey a/k/a Cassandra Carey is permitted to enter into a Loan Modification with Rushmore Loan Management Services, LLC to reduce her payment to $1,664.32 per month beginning October 1, 2016.

IT IS SO ORDERED.

**Date: November 9, 2016**

_____
The Honorable Richard E. Fehling
United States Bankruptcy Judge

COPIES TO:
Cassandra Sherese Carey
1089 Pat Court
Allentown, PA  18103

Gerald A. Carey, Sr.
104 N. 13TH Street
Newark, NJ  07107-1108

KML Law Group, P.C.
Suite 5000-BNY Mellon Independence Center
701 Market Street
Philadelphia, PA  1910-6-1532

Rushmore Loan Management Services, LLC
15480 Laguna Canyon Road
Suite 100
Irvine, CA  92618

Ashley Funding Services, LLC its successors and
Assigns as assignee of Laboratory
Corporation of America Holdings
Resurgent Capital Services
P.O. Box 10587
Greenville, SC  18002-5222

PPL Electric Utilities
P.O. Box 25222
Lehigh Valley, PA  18002-5222

American InfoSource LP as agent for
Verizon
P.O. Box 248838
Oklahoma City, OK  73124-8838

Frederick L. Reigle, Esquire
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA  19606

US Trustee for Region III
U.S. Department of Justice
Office of the U.S. Trustee for Region III
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346