*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Cassandra Sherese Carey
    Debtor(s)

Case No: 15−13763−ref

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

RESCHEDULED HEARING

Motion to Dismiss Case for Failure to Make Plan Payments, Motion to Dismiss Case re underfunded & feasibility, Motion to Dismiss Debtor(s) for Failure to File Documents Filed by FREDERICK L. REIGLE Represented by LISA MARIE CIOTTI (Counsel).

    on: 5/18/17

    at: 09:00 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  3/30/17

Timothy B. McGrath
Clerk of Court

57 − 33
Form 167