**Fill in this information to identify your case:**

Debtor 1: Cassandra Sherese Carey
First Name    Middle Name    Last Name

Debtor 2: _____
(Spouse, if filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Eastern District Of Pennsylvania

Case number: 15-13763-ref
(If known)

☒ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules     12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No
☐ Yes.    Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ /s/Cassandra Sherese Carey          ✗ _____
Signature of Debtor 1                              Signature of Debtor 2

Date 06/15/2017                                      Date _____
MM / DD / YYYY                                       MM / DD / YYYY

Official Form 106Dec    **Declaration About an Individual Debtor's Schedules**    page 1