UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re:   CASSANDRA SHERESE CAREY | Chapter 13 Bankruptcy Number 15-13763-ref |
|---|---|
| Debtor(s) | |

ORDER TO ALLOW COUNSEL FEES

Upon Consideration of the foregoing Application, and upon Notice, opportunity for Hearing, and Certification of No Objection, Counsel Fees are allowed in the following amounts:

*Total Fee Award: $1,800.00*
*Amount paid by Debtor:  $890.00*
*Net Amount to be paid to William Hronis, Esquire:*
*$910.00*

Date: _____

BY THE COURT:

**Date: December 15, 2017**

_____
The Honorable Richard E. Fehling
United States Bankruptcy Judge

cc:
Frederick L. Reigle, Esquire
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

William Hronis, Esquire
609 Hamilton Street
Allentown, PA  18101