UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In re: Cassandra Sherese Carey a/k/a Cassandra S. Carey a/k/a Cassandra Carey, Debtor(s) | Chapter 13 Bankruptcy Number 15-13763-ref |
|---|---|

ORDER TO ALLOW COUNSEL FEES

Upon Consideration of the foregoing Application, and upon Notice, opportunity for Hearing, and Certification of No Objection, Counsel Fees are allowed in the following amounts:

*Total Fee Award: $850.00*
*Amount paid by Debtor: $890.00 (Pre-Petition)*
*Amount to be paid by Trustee to William Hronis, Esquire:*
*$850.00*

BY THE COURT:

**Date: December 15, 2017**

Date:                                          _____
                                               The Honorable Richard E. Fehling
                                               United States Bankruptcy Judge

cc:
Frederick L. Reigle, Esquire
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

William Hronis, Esquire
609 Hamilton Street
Allentown, PA  18101