United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Cassandra Sherese Carey  
       Debtor

Case No. 15-13763-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: dlv     Page 1 of 1     Date Rcvd: Dec 15, 2017  
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2017.  
db           +Cassandra Sherese Carey,    1089 Pat Court,    Allentown, PA 18103-5335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2017                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2017 at the address(es) listed below:  
     CELINE P. DERKRIKORIAN    on behalf of Creditor    Bank Of America N.A. ecfmail@mwc-law.com  
     DENISE ELIZABETH CARLON    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Et Al... bkgroup@kmllawgroup.com  
     FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com  
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Et Al... bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com  
     KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Et Al... KMcDonald@blankrome.com  
     LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
     MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Et Al... bkgroup@kmllawgroup.com  
     THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Et Al... tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com  
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
     WILLIAM HRONIS    on behalf of Debtor Cassandra Sherese Carey william.hronis@gmail.com, hronis@rcn.com  
                                                                  TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Cassandra Sherese Carey a/k/a Cassandra S. Carey a/k/a Cassandra Carey,<br>Debtor(s) | Chapter 13<br>Bankruptcy Number 15-13763-ref |

## ORDER TO ALLOW COUNSEL FEES

Upon Consideration of the foregoing Application, and upon Notice, opportunity for Hearing, and

Certification of No Objection, Counsel Fees are allowed in the following amounts:

*Total Fee Award: $850.00*
*Amount paid by Debtor: $890.00 (Pre-Petition)*
*Amount to be paid by Trustee to William Hronis, Esquire:*
*$850.00*

BY THE COURT:

**Date: December 15, 2017**

Date:

_____
The Honorable Richard E. Fehling
United States Bankruptcy Judge

cc:
Frederick L. Reigle, Esquire
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

William Hronis, Esquire
609 Hamilton Street
Allentown, PA 18101