UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

CASSANDRA SHERESE CAREY
                                                    : Bankruptcy No. 15-13763REF
        Debtor(s)                                   : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: April 19, 2018**

Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

WILLIAM HRONIS ESQ
SOVEREIGN EXECUTIVE OFFICES
609 HAMILTON STREET SUITE 18
ALLENTOWN PA 18101-2111

CASSANDRA SHERESE CAREY
1089 PAT COURT
ALLENTOWN,PA.18103